IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BRUCE REED,**

    **Plaintiff,**

**vs.**                                                    **5:05cv65-RH/WCS**

**WASHINGTON COUNY JAIL, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk.  In an order filed May 6, 2005, Plaintiff was directed to supplement his motion for leave to file *in forma pauperis* , with his inmate bank statement by June 6, 2005.  Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if he failed to comply with that order.  Doc. 8.  To date, no response has been received from the Plaintiff.

    A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert.*

*denied*, 493 U.S. 863 (1989).  Since Plaintiff has failed to comply with an order or to prosecute this case, his complaint should now be dismissed without prejudice.

The Plaintiff shall have a 15 day period after service of this report and recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for his failure to respond.  Plaintiff may do so by a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** and Plaintiff's application for leave to proceed *in forma pauperis* be **DENIED** as moot.

IN CHAMBERS at Tallahassee, Florida, on June 22, 2005.

s/ William C. Sherrill, Jr.
WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.