IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRUCE REED,

      Plaintiff,

v.                                         CASE NO.  5:05cv65-RH/WCS

WASHINGTON COUNTY JAIL,
et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 9), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The complaint is dismissed without prejudice."  Plaintiff's application for leave to proceed *in forma*

*pauperis* is DENIED as moot. The clerk shall close the file.

    SO ORDERED this 26th day of July, 2005.

                                              <u>s/Robert L. Hinkle</u>
                                              Chief United States District Judge